■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FELIX COLOME, Appellant. [932 NYS2d 20]—

Concur—Tom, J.P., Saxe, DeGrasse, Freedman and Román, JJ.